No. 81–5085.  MILLER v. ILLINOIS.  App. Ct. Ill., 3d Dist. Certiorari denied.

No. 81–5088.  BRADSHAW v. SCRIPPS CLINIC AND RESEARCH FOUNDATION ET AL.  Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 81–5091.  FURLOW v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 81–5092.  THOMAS v. BLACKBURN, WARDEN.  Sup. Ct. La.  Certiorari denied.

No. 81–5093.  WOJLOH v. GRANT ET AL.  Supreme Bench of Baltimore City, Md.  Certiorari denied.

No. 81–5096.  BEJARANO v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 81–5098.  ADDICKS v. CUPP, PENITENTIARY SUPERINTENDENT, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 81–5100.  DANIELS v. REED ET AL.  C. A. 7th Cir. Certiorari denied.

No. 81–5102.  BAILEY v. UNITED STATES;
No. 81–5108.  WILLIAMS v. UNITED STATES; and
No. 81–5115.  BLACKWELL v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.  Reported below: 649 F. 2d 967.

No. 81–5103.  FERGUSON v. HENDERSON, CORRECTIONAL SUPERINTENDENT.  C. A. 2d Cir.  Certiorari denied.

No. 81–5106.  OSPINA-CARDONA v. UNITED STATES. C. A. 2d Cir.  Certiorari denied.

No. 81–5109.  RUCKER v. REGAN, SECRETARY OF THE TREASURY.  C. A. 8th Cir.  Certiorari denied.